| Text message number | Date & Time | Messages supplied by John (Complete) | Messages supplied by Sally | Comment |
|---|---|---|---|---|
| TM1 | Tuesday, May 15, 6:08 p.m. | SS:  yo | | |
| TM2 | | SS:  I heard you are [REDACTED FRATERNITY] summer social | | |
| TM3 | | JD:  Yes | | |
| TM4 | | JD:  Yo yo | | |
| TM5 | | SS:  lit ok so you guys better have events with [REDACTED SORORITY] (i know we are kinda derpy but like I'm in that house and so is [REDACTED STUDENT NAME]—even tho she will be gone ☹) | | |
| TM6 | | SS:  also how have you been ?! its been too long! | | |
| TM7 | | JD:   Hahah I'll be up this weekend but the off term is going great! | | |
| TM8 | | JD:  [REDACTED STUDENT NAME] is dealing w your social chair and booked two tails I think.  We had to book one at the end of August cuz we're already like full.  We'll try to find some more dates tho. [REDACTED STUDENT NAME] sent our schedule you could take a look | | |
| TM9 | | SS: Oh lit! I'm v stoked for this weekend! Ok amazing yeah I know its like the "dorky house" but like | | |

1

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | also a bunch of cool 20s got stuck in it cause rush this year SUCKED. |  |  |
| TM10 |  | SS: when do you get up here?? |  |  |
| TM11 |  | JD: Thursday night |  |  |
| TM12 |  | JD: I don't discriminate hahah our house is largely wicked dumb |  |  |
| TM13 |  | SS: Booooo youre already missing like half of the going out scene cause Wednesday is like actually one of the best nights |  |  |
| TM14 |  | SS: do you even like tinashe?? I literally barely know her |  |  |
| TM15 |  | SS: between you house and mine then maybe we are like an even level of smart then**?** |  |  |
| TM16 |  | SS: *your |  |  |
| TM17 |  | JD: I'm working an internship haha I barely got Friday off |  |  |
| TM18 |  | JD: Hahah I guess that's a good balance yeah |  |  |
| TM19 |  | SS: ohhhh ok that's fair. whats your internship in??? |  |  |
| TM20 |  | SS: exactly!! and a bunch of ice skaters are in - |  |  |

| | | | | |
|---|---|---|---|---|
| | | REDACTED SORORITY] so like ice skaters and hockey players | | |
| TM21 | | JD: Haha talk to your social chair to set more stuff up! | | |
| TM22 | | JD: I'm at [REDACTED INTERNSHIP PLACEMENT] | | |
| TM23 | Tues, May 15, 9:06 PM | SS: wow are you a sick econ major?? | | |
| TM24 | | SS: I did!!I and they also told me to bug u guys cause they know I'm friends with you guys!!! | | |
| TM25 | | SS: do you like it or not really?? (your internship) | | |
| TM26 | | JD: Yeah I like it. Your social has our schedule she should just book more dates then haha | | |
| TM27 | | JD: You gonna go out Thursday night? | | |
| TM28 | | SS: hell yes!! I'm probably going out more at the beginning of this weekend then the end because I have an orgo midterm on Tuesday | | |
| TM29 | | JD: Sweet. You still live in a single by [REDACTED FRATERNITY]? May need a room to crash in lol | | |

| | | | | |
|---|---|---|---|---|
| TM30 | | SS: HAHAHAHA jumping to conclusions I see??? I think [REDACTED FRATERNITY] couch will be plenty comfy for u 😉 but yes I still live in a single by [REDACTED FRATERNITY] !!! | | |
| TM31 | | SS: I'm literally right across the street | | |
| TM32 | | JD: Believe me I thought about that but everyone w/a couch has a gf or will have a girl in there so I can't sleep there | | |
| TM33 | | JD: Just need a roof over my head never asked for a bed hahah | | |
| TM34 | | SS: that's an assumption that a lot of your friends are wheeling I take it?? damnnn and apparently you don't think I'm gonna have a guy there?? maybe I will hahahaha that'd be quite a night. | | |
| TM35 | | SS: of course | | |
| TM36 | | SS: mi casa es sue casa | | |
| TM37 | | JD: Mostly girlfriends. If you have a guy over I'll have to look for another roof haha idk the forecast is rain in Boston at least Don't want to sleep outside | | |

| | | | | |
|---|---|---|---|---|
| TM38 | | JD: Of course a bed is better than the floor but I'll take whatever I can get | | |
| TM39 | | SS: Hahahahaha of course, you are totally welcome to stay. Are you here the entire weekend? Lmao i have a pretty comfy bed—just saying | | |
| TM40 | | SS: lol no one wants to sleep outside | | |
| TM41 | | SS: plus if I have a guy you can stay in my room and ill go to their room | | |
| TM42 | | JD: Sounds good | | |
| TM43 | | JD: Yeah I'm staying all weekend but taking the sleeping thing one day at a time and just figuring it out haha | | |
| TM44 | | SS: honestly not a bad plan!! tbh I think a bunch of people will be looking for places to stay | | |
| TM45 | | SS: hopefully the weather is nice enough tho cause block party!!! | | |
| TM46 | | SS: ALSO: BLESS UP IM NOT DYINGLY ILL | | SS "reacted" to, or "liked," this text with a heart |
| TM47 | | JD: Glad to hear your feeling good that's awesome | | |

| | | | | |
|---|---|---|---|---|
| TM48 | Thu, May 17, 10:54 PM | JD: Looking like I'm going to need that sleepover haha | | |
| TM49 | | SS: Lmao I'm just going out rn | | |
| TM50 | | JD: Me too | | |
| TM51 | Fri, May 18, 12:39 AM | JD: Just let me know what your plan is | | |
| TM52 | | JD: ? | | |
| TM53 | | SS: Still drunk and dancing lmao | | |
| TM54 | | JD: Let me know | | |
| TM55 | | SS: i think I'm gonna be hanging out with someone tonight—tbd I might kick them out | | |
| TM56 | Fri, May 18, 9:58 AM | JD: No worries | | |
| TM57 | Fri, May 18, 9:35 PM | JD: What are you up to | | |
| TM58 | | JD: Don't even wanna say hi huh | | |
| TM59 | | SS: Where were u?? | | |
| TM60 | | SS: I didn't see ya! | | |
| TM61 | | SS: Where were u?? | | |
| TM62 | | JD: Walking back to [REDACTED FRATERNITY] you? | | |
| TM63 | | SS: I didn't see ya! | | |

| | | | | |
|---|---|---|---|---|
| TM64 | | JD:  Where are you? | | |
| TM65 | | JF:  Wow | | |
| TM66 | | SS:  I couldn't hear u | | |
| TM67 | | SS:  Sorry | | |
| TM68 | | SS:  What's up | | |
| TM69 | | JD:  I really need a place to sleep if a guy isn't sleeping over. | | |
| TM70 | | JD:  Plus I wanna say hi at some point haha | | |
| TM71 | | SS:  Yes yes of course I wanna say hi too!!! | | |
| TM72 | | SS:  And one sec | | |
| TM73 | | JD:  I can meet you at your room just let me known | | |
| TM74 | | JD:  !! | | |
| TM75 | | SS:  I will!! I'm at [REDACTED SORORITY] playing pong rn | | |
| TM76 | | SS:  Sorry wierd ass night so far | | |
| TM77 | | SS:  Were u at the fight?? | | |
| TM78 | | JD: Fight? | | |
| TM79 | | JD:  Feel like we should chat idk | | |
| TM80 | | SS:  What!!? No like some rando not on campus got in a fight!! | | |

| | | | | |
|---|---|---|---|---|
| TM81 | | SS: We are good (pink double heart) | | |
| TM82 | | SS: Like at bg they had to call the cops | | |
| TM83 | | JD: Ya but like haven't seen you | | |
| TM84 | | SS: Yeah! I wanna see ya too! | | |
| TM85 | | JD: We should meet up soon. If you wanna go out after you should but I'm so tired and need a bed | | |
| TM86 | | JD: Because I slept on a floor last night | | |
| TM87 | | JD: Disappointed in you. Don't even wanna say hi kinda mean | | |
| TM88 | Sat, May 19, 1:50 AM | SS: I got pulled into harbor | | |
| TM89 | | SS: Wya?? | | |
| TM90 | Sat, May 19, 11:19 AM | SS: [JOHN] | | |
| TM91 | | SS: U GO TO SLEEP SO EARLY | | |
| TM92 | | JD: Hahahah | | |
| TM93 | | JD: It was a long day | | |
| TM94 | | SS: UGH. I'm all about that rally apparently | | |
| TM95 | | SS: I actually really didn't wanna play harbor but | | |

8

| | | like we were all there so it just happened | | |
|---|---|---|---|---|
| TM96 | Sat, May 19, 1:12 PM | JD: Hahah ya I needed a bed bad | JD: Hahah ya I needed a bed bad | SS began her submission of text messages here.  SS misstated this text as "I need a bed bad" in her Sanctioning Statement |
| TM97 | Sat, May 19, 2:17 PM | SS: AGH IF U WERE AWAKE LATER !! also i just wanna say hi | | SS's submission omitted this text |
| TM98 | Sat, May 19, 8:56 PM | JD: Going to [REDACTED FRATERNITY] | JD: Going to [REDACTED FRATERNITY] | |
| TM99 | | JD: ? | JD: ? | |
| TM100 | | JD: Maybe say hi at some point? | JD: Maybe say hi at some point? | |
| TM101 | | SS: yes yes I wanna say hi and catch up—not at [REDACTED FRATERNITY] rn—doing work because I have a midterm soon | SS: yes yes I wanna say hi and catch up—not at [REDACTED FRATERNITY] rn—doing work because I have a midterm soon | |
| TM102 | | JD: Ok text me when you're done studying we can watch a movie or something | JD: Ok text me when you're done studying we can watch a movie or something | |
| TM103 | Sun, May 20, 12:08 AM | JD: ? | JD: ? | |
| TM104 | | JD: I leave tomorrow so we have to say what's up. | JD: I leave tomorrow so we have to say what's up. | |
| TM105 | | SS: Im still doing chem ☹ | SS: Im still doing chem ☹ | |
| TM106 | | SS: hows the parties? | SS: hows the parties? | |

| | | | | |
|---|---|---|---|---|
| TM107 | | JD: Fun when are you gonna be done? | JD: Fun when are you gonna be done? | |
| TM108 | | JD:  ?? You've gotta be done | JD:  ?? You've gotta be done | |
| TM109 | | JD:  Let me know when you're walking | JD:  Let me know when you're walking | |
| TM110 | | SS:  I just got back to [REDACTED DORMITORY]! I wanna say hi too but I have to go to bed pretty soon so I can study more | SS:  I just got back to [REDACTED DORMITORY]! I wanna say hi too but I have to go to bed pretty soon so I can study more | |
| TM111 | | JD:  Ok should I head over now? | JD:  Ok should I head over now? | |
| TM112 | | SS:  Yeah but don't expect to come to my room and hook up [grimace emoji] | SS:  Yeah but don't expect to come to my room and hook up [grimace emoji] | |
| TM113 | | JD: Sounds good | JD: Sounds good | |
| TM114 | | SS: Perf | SS: Perf | |
| TM115 | | SS:  Yes then | SS:  Yes then | |
| TM116 | | SS:  Come to [REDACTED DORMITORY] | SS:  Come to [REDACTED DORMITORY] | |
| TM117 | | JD: Walking | JD: Walking | |
| TM118 | | JD:  Can you let me in | JD:  Can you let me in | |
| TM119 | Sun, May 20, 9:44 AM | SS:  Had to deal with a friend last night. Don't know when I'll be back—been a shit show | | SS's submission did not include this text. |
| TM120 | Sun, May 20, 10:45 AM | JD:  100 % understand | | SS's submission did not include this text. |