UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Doe</u>

    v.                                           Civil No. 19-cv-13-JL

<u>Trustees of Dartmouth College</u>

**ORDER**

The plaintiff's motion for a temporary restraining order[1] is denied for the reasons stated on the record of today's hearing. Defendant's counsel shall, however, with respect to the three winter-term courses in which the plaintiff was enrolled: (1) identify the course texts to plaintiff's counsel and (2) provide plaintiff's counsel with those course materials provided to other students in the course (<u>e.g.</u>, syllabus and assignments) no later than January 15, 2019.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  January 11, 2019

cc:  William E. Christie, Esq.
    Alexander William Campbell, Esq.
    Suzanne Amy Spencer, Esq.

---

[1] Document no. 13.

Daryl J. Lapp, Esq.
Katherine Ann Guarino, Esq.
Elizabeth H. Kelly, Esq.