# EXHIBIT D

```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * * *
                                  *
JOHN DOE,                         *
                                  *
              Plaintiff,          *
                                  *    1:19-cv-13-JL
         v.                       *    January 24, 2019
                                  *    9:56 a.m.
TRUSTEES OF DARTMOUTH COLLEGE,    *
                                  *
              Defendant.          *
                                  *
* * * * * * * * * * * * * * * * * *



   REDACTED TRANSCRIPT OF MOTION FOR PRELIMINARY INJUNCTION
         BEFORE THE HONORABLE JOSEPH N. LAPLANTE


Appearances:


For the Plaintiff:        William E. Christie, Esq.
                          Alexander William Campbell, Esq.
                          Shaheen & Gordon



For the Defendant:        Daryl J. Lapp, Esq.
                          Elizabeth H. Kelly, Esq.
                          Locke Lord LLP



Court Reporter:           Liza W. Dubois, RMR, CRR
                          Official Court Reporter
                          U.S. District Court
                          55 Pleasant Street
                          Concord, New Hampshire 03301
                          (603) 225-1442
```

```
 1   favor of females over males.  I don't see that in the
 2   record and I didn't hear any evidence today that would
 3   suggest gender bias to me, although certainly it does
 4   appear that Dartmouth's been under a lot of pressure
 5   about gender bias issues and sexual inequity on campus.
 6   There's no question that's in the air.  And, frankly,
 7   that's one of the reasons why, honestly, this case
 8   probably -- I don't want to prejudge anything, I have an
 9   open mind if the motion's filed -- but I think this case
10   likely survives 12(b) scrutiny.
11          I don't think it gets dismissed on the
12   complaint.  And that's one of the reasons, because a
13   jury could probably find gender bias here if it wanted
14   to.  I just don't find a likelihood of success on that,
15   on the Title IX claim.
16          There's also evidence here -- I mean, I don't
17   have to recount it all.  There were several
18   investigations by the federal government regarding
19   Dartmouth's handling of sexual misconduct.  There's a --
20   this ongoing controversy regarding a lawsuit last
21   November against Dartmouth for ignoring sexual
22   harassments by professors -- I think it was in the
23   psychology department?  I'm not sure.  You people are
24   nodding from Dartmouth here.  The psychology department,
25   yeah.
```