UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Doe

    v.                                    Civil No. 19-cv-13-JL

Trustees of Dartmouth College

**MEMORANDUM ORDER**

John Doe's motion for an expedited trial,[1] filed almost two full weeks after the February 1, 2019 telephone conference at which it was discussed, and before which the parties had not conferred about the case schedule, is DENIED.  The court's willingness to consider an expedited schedule was premised on trying this case to a verdict prior to the beginning of Dartmouth's Summer 2019 term, so as to allow Doe to graduate on time should he prevail.

Such a timeframe does not appear logistically feasible at this juncture without Dartmouth's assent, which — unfortunately — does not appear forthcoming in this case.  Nor has good cause for extraordinarily expedited relief been established.  See 28 U.S.C. § 1657(a).

---

[1] Document no. 31.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 20, 2019

cc:   Alexander William Campbell, Esq.
      Suzanne Amy Spencer, Esq.
      William E. Christie, Esq.
      Daryl J. Lapp, Esq.
      Elizabeth H. Kelly, Esq.
      Katherine Ann Guarino, Esq.