UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:19-cv-00013-JL |
| ) | |
| TRUSTEES OF DARTMOUTH COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT ON MEDIATION**

Pursuant to the Court's December 9, 2019 Order and L.R. 53.1(c), the parties report that they do not request mediation at this time.

*Attorneys for John Doe*

/s/ William E. Christie
WILLIAM E. CHRISTIE
NH Bar # 11255
S. AMY SPENCER
NH Bar # 266617
ALEXANDER W. CAMPBELL
NH Bar # 268958
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord NH 03302
(603) 225-7262
wchristie@shaheengordon.com
saspencer@shaheengordon.com
acampbell@shaheengordon.com

*Attorneys for Trustees of Dartmouth College*

/s/ Katherine A. Guarino
DARYL J. LAPP
(admitted pro hac vice)
ELIZABETH H. KELLY
(admitted pro hac vice)
KATHERINE A. GUARINO
NH Bar # 264846
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199

1

(617) 239-0100<br>
daryl.lapp@lockelord.com<br>
liz.kelly@lockelord.com<br>
katherine.guarino@lockelord.com

December 13, 2019

## Certificate of Service

I certify that on December 13, 2019, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system:

William E. Christie
S. Amy Spencer
Alexander William Campbell
Shaheen & Gordon
107 Storrs St
PO Box 2703
Concord, NH 03302-2703

/s/ Katherine A. Guarino
Katherine A. Guarino