UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTEES OF DARTMOUTH COLLEGE, <br><br> Defendant. | Civil Action No: 1:19-cv-00013-JL |

## JOINT MOTION TO EXTEND STAY

The Parties jointly request that the Court extend the stay it entered on May 22, 2020, for an additional 30 days, to October 22, 2020.

Due to the discretionary nature of the relief requested in this Motion, no memorandum of law is filed in support.

*Attorneys for John Doe*

/s/ William E. Christie
William E. Christie (NH Bar # 11255)
S. Amy Spencer (NH Bar # 266617)
Alexander W. Campbell (NH Bar # 268958)
SHAHEEN & GORDON, P.A.
107 Storrs Street
Concord NH 03302
(603) 225-7262
wchristie@shaheengordon.com
saspencer@shaheengordon.com
acampbell@shaheengordon.com

*Attorneys for Trustees of Dartmouth College*

/s/ John A. Houlihan
John A. Houlihan (N.H. Bar No. 9442)
Daryl J. Lapp (admitted pro hac vice)
Elizabeth H. Kelly (admitted pro hac vice)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
john.houlihan@lockelord.com
daryl.lapp@lockelord.com
liz.kelly@lockelord.com

September 22, 2020

## Certificate of Service

I certify that on September 22, 2020, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

/s/ John A. Houlihan
John A. Houlihan

83669563v.2