UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>      Defendant. | Civil Action No: 1:19-cv-00013-JL |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties stipulate that all claims asserted in this action shall be dismissed, with prejudice.

| *Attorneys for John Doe* | *Attorneys for Trustees of Dartmouth College* |
|---|---|
| /s/ William E. Christie<br>William E. Christie (NH Bar # 11255)<br>S. Amy Spencer (NH Bar # 266617)<br>Alexander W. Campbell (NH Bar # 268958)<br>SHAHEEN & GORDON, P.A.<br>107 Storrs Street<br>Concord NH 03302<br>(603) 225-7262<br>wchristie@shaheengordon.com<br>saspencer@shaheengordon.com<br>acampbell@shaheengordon.com | /s/ John A. Houlihan<br>John A. Houlihan (N.H. Bar No. 9442)<br>Daryl J. Lapp (admitted pro hac vice)<br>Elizabeth H. Kelly (admitted pro hac vice)<br>LOCKE LORD LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100<br>john.houlihan@lockelord.com<br>daryl.lapp@lockelord.com<br>liz.kelly@lockelord.com |

October 21, 2020

## Certificate of Service

I certify that on October 21, 2020, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

/s/ John A. Houlihan
John A. Houlihan

83833197v.2